| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division    *E-FILED 8/3/07* |
|   | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YUMIN LIU, | ) | |
| KEVIN T. DAI, | ) | No. C 07-0883 RS |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
|  | ) | **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| CHRISTINA POULOS, Director, | ) | |
| California Service Center, U.S.C.I.S.; | ) | |
| ROBERT S. MUELLER, Director of | ) | |
| Federal Bureau of Investigation, | ) | |
|  | ) | |
| Defendants. | ) | |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of plaintiff's adjustment of status application (Form I-485).

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0883 RS                                                      1

1 | Dated: August 2, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 2, 2007

/s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 3, 2007

RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-0883 RS                                         2